UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Nithya Vinayagam,<br><br>Plaintiff,<br><br>v.<br><br>US Dept Labor-Adminisrative Review Board, *et al*.,<br><br>Defendants. | Case No. 2:18-cv-01206-RFB-DJA<br><br>**ORDER** |

Before the Court for consideration is the Report and Recommendation [ECF No. 12] of the Honorable Daniel J. Albregts, United States Magistrate Judge, entered April 27, 2020.

A district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1). A party may file specific written objections to the findings and recommendations of a magistrate judge. 28 U.S.C. § 636(b)(1); Local Rule IB 3-2(a). When written objections have been filed, the district court is required to "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1); see also Local Rule IB 3-2(b). Where a party fails to object, however, a district court is not required to conduct "any review," de novo or otherwise, of the report and recommendations of a magistrate judge. Thomas v. Arn, 474 U.S. 140, 149 (1985). Pursuant to Local Rule IB 3-2(a), objections were due by May 11, 2020.  No objections have been filed. The Court has reviewed the record in this case and concurs with the Magistrate Judge's recommendations.

. . .

1 **IT IS THEREFORE ORDERED** that the Report and Recommendation [ECF No. 12] is
2 ACCEPTED and ADOPTED in full.
3 **IT IS FURTHER ORDERED** that this case is DISMISSED without prejudice.
4 The Court Clerk is directed to mail a copy of this order to Plaintiff.

6 DATED: May 28, 2020.

_____
**RICHARD F. BOULWARE, II**
**United States District Judge**